STEHLI SILKS CORPORATION, Respondent, v. NATHAN J. KLEINBERG, Doing Business under the Trade Name of KLEINBERG WAIST COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.; Clarke, P. J., dissenting.

WILLIAM ADAMS DELANO and Another, Doing Business under the Firm Name of DELANO & ALDRICH, Respondents, v. ADELE STURGIS CLARK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CARL F. GRIESHABER, Respondent, v. ADELE STURGIS CLARK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JOE LOWE Co., INC., Respondent, v. FRANK R. CLARKE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOPHIE ROSENTHAL and Another, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

LOUISE CURTIS SMITH, Respondent, v. WILLIAM EDGAR SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

CORNELIUS FLYNN, Appellant, v. PANAMA RAILROAD COMPANY, Respondent.— Determination of the Appellate Term and judgment of the Municipal Court reversed and new trial ordered, with costs in all courts to the appellant to abide the event, on the authority of Lynott v. Great Lakes Transit Corp. (202 App. Div. 613; affd., 234 N. Y. 626); Tammis v. Panama R. R. Co. (202 App. Div. 226). Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

MARY KNICE, Appellant, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

BESSIE H. GORMAN, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

LOUELLA R. HINRICHS, Respondent, v. GEORGE F. HINRICHS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

WILLIAM J. HINRICHS, Respondent, v. GEORGE F. HINRICHS, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

WILLIAM J. HINRICHS, Respondent, v. GEORGE F. HINRICHS, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within twenty days from

sevrice of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THOMAS GALLAGHER, an Infant, by BRIDGET GALLAGHER, His Guardian ad Litem, Respondent, v. JOHN H. PEPER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

BRIDGET GALLAGHER, Respondent, v. JOHN H. PEPER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

UNION SILK COMPANY, INC., Respondent, v. GENERAL SILK IMPORTING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

DANIEL WIENER, Appellant, v. EDWARD I. GOODRICH and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JOHN A. HUSTON, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

HENRY SHAPIRO and Another, Copartners, etc., Respondents, v. JOHN H. SCHEIER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

JACOB FROEHLICH CABINET WORKS, Respondent, v. DURELL GREGORY & Co., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

SHEFFIELD FARMS COMPANY, INC., Appellant, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

BENHAM & BOYESEN, INC., Respondent, v. MUTUAL EXPORT AND IMPORT CORPORATION OF AMERICA, Impleaded with MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

MARIE HOENACK, Respondent, v. MARIE ALLGOEVER, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

VICTOR CALANDRO, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WALTER H. MURPHY, Respondent, v. ISIDOR KOPLIK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ISIDOR PINOS, an Infant, by RUBEN PINOS, His Guardian ad Litem, Respondent, v. ISIDOR SUSKIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ELIZABETH PAVELKA, as Administratrix, etc., of VACLAV PAVELKA, Deceased,